United States District Court
District of Connecticut
FILED AT  NEW HAVEN
        12/14/20
Roberta D. Tabora, Clerk
By _____SEAN DUNNE_____
    Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2020 DEC 14  P 12:02

___SEAN DUNNE_____, Plaintiff

___JOHN DUNNE_____, Defendant

Case No.
[Put case number here]
3:20-CV-00734-JAM

## MOTION BY SELF-REPRESENTED LITIGANT
## TO PARTICIPATE IN ELECTRONIC FILING

I am a Plaintiff/Defendant in this civil action. I have filed an appearance as a self-represented litigant, and I hereby request permission to file documents electronically. In so doing, I consent to the court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case. I understand that hard copies will no longer be issued by the court or opposing counsel. I understand that if my motion is granted, I must complete the Court's required training class on electronic filing for self-represented litigants and register for a PACER account, before I can actually begin filing documents electronically. I certify that I can comply with the following requirements:

- A computer with access to the internet.

- Internet Explorer (Version 11) or Mozilla Firefox (Version 49.x and higher) or Safari (Version 10.x and higher) or Chrome (Version 53.x and higher).

- Adobe Reader (Version 7 or greater).

- Ability to create PDF files.

- An upgraded PACER account.

SEAN DUNNE
Name of Self-represented Litigant

BROOME HOUSE
Street Address

BROOMFIELD PARK,
ASCOT, BERKSHIRE. UK.
City, State, Zip Code

SEANDUNNE366@GMAIL.COM
Email Address

14.12.2020
Date

+44-7540.367.477
Telephone

_Sean Dunne_
Signature

Certificate of Service

I hereby certify that on _14 DECEMBER 2020_ [date], a copy of the foregoing "Motion by Self-represented Litigant to Participate in Electronic Filing" was filed and served by ~~mail~~ _HAND_ on the following: [insert name and address of every person served].

_/s/ Sean Dunne_
Signature of Self-represented Litigant

Revised: November 29, 2017