Civil- (Dec-2008)

HONORABLE: Jeffrey A. Meyer
DEPUTY CLERK: Donna Barry   RPTR/ECRO/TAPE: Diana Huntington
TOTAL TIME: 0 hours 6 minutes
DATE: 06/01/2021   START TIME: 3:16 p.m.   END TIME: 3:22 p.m.
LUNCH RECESS   FROM:   TO:
RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:20-cv-00734-JAM

Sean Dunne                                    NA
                                              Plaintiff's Counsel
vs
John Dunne (see notes)                        Peter M. Nolin, Liam S. Burke
                                              Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ ....#37  Motion for Judgmment by Richard Coan              ☑ granted ☐ denied ☐ advisement
☐ ....#40  Motion to Dismiss by John Dunne                   ☑ granted ☐ denied ☐ advisement
☐ ....#48  Motion for Order re. Discovery by Sean Dunne      ☐ granted ☑ denied ☐ advisement
☐ ....#    Motion                                            ☐ granted ☐ denied ☐ advisement
☐ ....#    Motion                                            ☐ granted ☐ denied ☐ advisement
☐ ....#    Motion                                            ☐ granted ☐ denied ☐ advisement
☐ ....#    Motion                                            ☐ granted ☐ denied ☐ advisement
☐ ....     Oral Motion                                       ☐ granted ☐ denied ☐ advisement
☐ ....     Oral Motion                                       ☐ granted ☐ denied ☐ advisement
☐ ....     Oral Motion                                       ☐ granted ☐ denied ☐ advisement
☐ ....     Oral Motion                                       ☐ granted ☐ denied ☐ advisement
☐ ....     ☐ Briefs(s) due ____  ☐ Proposed Findings due ____  Response due ____
☐ ....     _____   ☐ filed ☐ docketed
☐ ....     _____   ☐ filed ☐ docketed
☐ ....     _____   ☐ filed ☐ docketed
☐ ....     _____   ☐ filed ☐ docketed
☐ ....     _____   ☐ filed ☐ docketed
☐ ....     _____   ☐ filed ☐ docketed
☐ ....     _____ Hearing continued until _____ at _____

Notes: Intervenor Defendant - Richard M. Coan, Trustee represented by Peter Antonelli, Timothy D. Miltenberger and Thomas Curran. Sean Dunne did not appear for rhe hearing.